# Exhibit "A"







## Nutrition Facts 營養標示

10 Servings per container 本包含10份
Serving size   膳食份量   28tsp瓶 (30g/克)

**Amount Per Serving** 每餐食用量
### Calories   190

%Daily Value* 每日食用值

| | |
|---|---|
| Total Fat 總脂肪 16g | |
| Saturated Fat 飽和脂肪 2.5g | 21% |
| Trans Fat 反式脂肪 0g | 13% |
| Cholesterol 膽固醇 0mg | 0% |
| Sodium 鈉 0mg | 0% |
| Total Carbohydrate 碳水化合物 5g | 0% |
| Dietary Fiber 膳食纖維 2g | 2% |
| Total Sugars 糖 1g | 7% |
| Includes 0g Added Sugars 含添加糖 | |
| Protein 蛋白質 2g | 0% |

D 維他命D 0mcg   0%
Calcium 鈣 166mg   15%
Iron 鐵 0mg   0%
Potassium 鉀 135mg   2%

*The % Daily Value (DV) tells you how much a nutrient
in a serving of food contributes to a daily diet. 2,000
calories a day is used for general nutrition advice. 每日
食用值（%DV）是指食物每份含量佔每日食用量的
百分比。每日需攝取量通常為 2,000 卡路里。

配料: 芝麻, 花生仁
配料中含有花生
芝麻占 50%, 花生仁占 50%
Ingredients: sesame,50% pe
Contains: peanut
Best Before Date on the b
MM/DD/YYYY
此日期前最佳 (月/日/年)
Keep in Cool and Dry
Sunlight
貯存條件: 陰涼乾燥
Keep Refrigerated after
食用方法: 開瓶後請放
Manufacturer: Baoding
Co. Ltd.
生產商: 保定市荣盛食品
Address: No. 1855, 4th
Jingxiu District, Baodin
072154
地址: 保定市荣盛食品
072154
郵編: 072154
PRODUCT OF CHINA 中
產品分類: 含花生芝麻
Product Category: sesame
paste with peanut





HIVES PASTE
oz(200g)
chives, water, salt, ginger.

| Amount/serving | %DV |
|---|---|
| Total Fat 0g | 0% |
| Total Fat 0g | 0% |
| Cholesterol 0mg | 0% |
| Sodium 480mg | 79% |

Vitamin D 0mcg 0%
8%

store in dry place, away from sunlight.
Refrigerate after opening.

Production date on the bottle cap
Shelf life: 18 months

**American Exclusive Distributor:**
Northern Food I/E Inc.
Add: 117 State Street, Westbury,
New York 11590, USA.
www.asianfoodstuff.com
northernfood6688@yahoo.com

| Amount/serving | %DV |
|---|---|
| Total Carb. 2g | 1% |
| Dietary Fiber 1g | 4% |
| Total Sugars 0g | |
| Incl.0g Added Sugars | 0% |
| Protein 0g | |
| Calcium  22mg | 2% |
| Potassium 28mg | 0% |

* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

7  54351 25250

PRODUCT OF CHINA