# Exhibit "B"









