Form 27 - AFFIDAVIT OF SERVICE

P21428109

**TUNG, ESQ/KEVIN K.**   KEVIN K. TUNG, ESQ.
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

NORTHERN FOOD I/E, INC.

PLAINTIFF

- vs -

LIN'S WAHA INTERNATIONAL CORP, ETAL

DEFENDANT

Index No. **1:24-cv-02457-ENV-SJB**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**   :SS:

**TOM ARLEO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16TH** day of **APRIL, 2024 2:52PM** at
**10 RANICK DRIVE**
**AMITYVILLE NY 11701**
I served a true copy of the **CIVIL COVER SHEET, EXHIBIT(S), JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT** upon **LIN'S WAHA INTERNATIONAL CORP** the **DEFENDANT** therein named by delivering to, and leaving personally with **Jacky Lin , AUTHORIZED AGENT**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **ASIAN**   HAIR: **BLACK**
APP.AGE: **38** APP. HT: **5ft8in** APP. WT: **165**
OTHER IDENTIFYING FEATURES

Sworn to before me this
19TH day of APRIL, 2024

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2026

TOM ARLEO
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-KKT-S-21428109